WILLIAM MCALLISTER, Respondent, *v.* JOSEPH S. CASE et al., Respondents; HENRY JUDSON MORRIS, Appellant

(Argued January 15, 1889; decided January 29, 1889.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made May 7, 1888, which affirmed an order of Special Term denying a motion for a stay of proceedings under an order of reference in the above-entitled action and for a vacation of the said order.

*William King Hall* for appellant.

*George A. Strong* for respondents.

Agree to affirm on opinion of DALY, J., at Special Term.

All concur.

Order affirmed.